UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-1470 RLW |
| ) | |
| RODEMYER-CHRISTEL, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

This matter is before the Court on review of the file. This case was filed October 12, 2020. On January 15, 2021, the Court issued an Order pursuant to Rule 4(m), Federal Rules of Civil Procedure, directing Plaintiff to promptly serve Defendant Rodemyer-Christel, Inc. and file proof of such service by February 16, 2021. (ECF No. 3.) The Order stated in part, "Failure to comply with Rule 4(m) and this Order will result in the dismissal of this case without prejudice."

On February 11, 2021, Plaintiff filed a Notice of Process Server (ECF No. 5) and the next day a summons was issued and emailed to Plaintiff's counsel (ECF No. 6). The Court's deadline for filing proof of service has passed and Plaintiff has not sought an extension of time to effect service. The Court finds Plaintiff has not complied with its Order or with Rule 4(m).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. See Rule 4(m), Fed. R. Civ. P.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 23rd day of February, 2021.